**EXHIBIT 2**



