UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:13-cv-61809- ROSENBERG/BRANNON

STEPHEN SENECA,

    Plaintiff,

v.

JBI, INC., *et al.*,

    Defendants.
_____/

**DECLARATION IN SUPPORT OF JBI, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND NOTICE TO DEEM REQUESTS FOR ADMISSIONS ADMITTED**

I, Gregory Cesarano, declare as follows:

1. I am an attorney at Carlton Fields Jorden Burt, P.A.'s Miami, Florida office.

2. On July 30, 2014, I received an email from Plaintiff's counsel, Rebecca Fuller, transmitting Plaintiff's request for production, request for admissions, and first set of interrogatories. (A copy of that email is attached to Plaintiff's motion [D.E. 33-5]) This was the first time I, or anyone else at Carlton Fields Jorden Burt, P.A., learned that Plaintiff had issued written discovery in this matter.

3. As a result, on July 31, 2014, I caused to be reviewed every fax transmission received by Carlton Fields Jorden Burt, P.A.'s Miami office on June 26, 2014, which are maintained on Carlton Fields Jorden Burt, P.A.'s network, and can confirm that no fax was received from or on behalf of Plaintiff on June 26, 2014. (Due to the sensitivity of the June 26, 2014 faxes reviewed, they are not attached to this declaration.)

4. I also caused to be reviewed the electronic file maintained for this matter, and can confirm that Plaintiff's June 26, 2014 discovery requests were also not received at Carlton Fields Jorden Burt, P.A.'s Miami office by U.S. mail. It is Carlton Fields Jorden Burt, P.A.'s regular

business practice to image all incoming mail and load it to the corresponding electronic file. Based on my understanding of this business practice, the absence of any record from the electronic file indicates that the discovery requests had not been received by U.S. mail.

5. In fact, as of the date this declaration is being signed, neither I nor anyone else at Carlton Fields Jorden Burt, P.A. have ever received Plaintiff's discovery requests by fax or U.S. mail.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct based on information in my possession and information provided to me.

Executed this 28 day of August, 2014.  _____

2

**EXHIBIT 2**