**CARLTON FIELDS**
**JORDEN BURT**

ATTORNEYS AT LAW

Miami Tower
100 S.E. Second Street | Suite 4200
Miami, Florida 33131-2113
P.O. Box 019101 | Miami, Florida 33101-9101
305.530.0050 | fax 305.530.0055
www.CFJBLaw.com

Gregory M. Cesarano
305-539-7417 Direct Dial
gcesarano@cfjblaw.com

July 31, 2014

Atlanta
Hartford
**Miami**
New York
Orlando
St. Petersburg
Tallahassee
Tampa
Washington, DC
West Palm Beach

Rebecca Fuller
Fuller Law Practice
500 North Rainbow Boulevard, Suite 300
Las Vegas, Nevada 89107
Email: rfuller@fullerlawpractice.com

**VIA FAX, EMAIL, & US MAIL**

Re:   Seneca v. JBI, Inc.

Dear Ms. Fuller:

This letter responds to your July 30, 2014 email transmitting and following up on written discovery directed to JBI allegedly served on June 26, 2014 by facsimile and US Mail. We appreciate the opportunity to address your concerns regarding this discovery, as we too would like to avoid any unnecessary motion practice.

As an initial matter, please note that as of today's date, I have not received by facsimile or US Mail the written discovery allegedly served on June 26, 2014. In fact, prior to receiving your July 30, 2014 email I was not aware that plaintiff had served any discovery in the matter. I have reviewed my firm's records of incoming faxes for June 26, 2014 and have confirmed that there is no record of receiving a fax from you (or anyone else) transmitting plaintiff's written discovery.

Because we had not previously received the discovery requests, we propose that they be deemed served as of yesterday's email transmission, and JBI will provide objections and responses within 30 days. Please let us know if you would like to further discuss these issues.

Sincerely,

*[signature]* for

Gregory M. Cesarano

cc:   Steve Bacon

Carlton Fields Jorden Burt practices law in California through Carlton Fields Jorden Burt, LLP

**EXHIBIT 3**