| | |
|---|---|
| **From:** | rfuller@fullerlawpractice.com |
| **Sent:** | Tuesday, August 05, 2014 5:04 PM |
| **To:** | Washam, Dawn M. |
| **Cc:** | Kaufman, Avi R.; mheidt@aol.com; Cesarano, Gregory M. |
| **Subject:** | RE: Seneca v. JBI |

Dear Mr. Cesarano:

Thank you for your correspondence of July 31, 2014.

While we are certain that the discovery requests in question were sent to your office on June 26, 2014, and are recovering the transmission reports to indicate the same, we are willing to agree to an additional 30 days to respond, until August 30, 2014; provided, however, that we will schedule mediation in this matter for mid-September of 2014.

Please provide your available dates for the week of September 15, 2014, so that we may coordinate schedules.

Very truly yours,



Rebecca A. Fuller



500 N. Rainbow Blvd.

Suite 300

Las Vegas, NV 89107

PH 702.553.3266

FX 702.553.3267

www.FullerLawPractice.com

This e-mail, including attachments, contains privileged and confidential information and may be protected by the attorney/client or other privileges.

-- On 07/31/2014, Washam Dawn M. wrote

Please see the attached letter from Gregory Cesarano regarding the above-referenced matter.

 Carlton Fields Jorden Burt, P.A.

**Dawn M. Washam**
Legal Administrative Assistant

Miami Tower
100 S.E. Second St., Ste. 4200
Miami, Florida  33131-2113
Direct:  305.539.7389 | Fax:  305.530.0055

DWasham@cfjblaw.com | www.CFJBLaw.com

*Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product.  If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.*