Hans Brost
255 N El Cielo Rd STE 140-183
Palm Springs, Ca 92262
Telephone: (760) 329-5700
Facsimile: (619) 764-4029
Email: HBrost@LightHouseNova.com



FILED by ___ D.C
OCT 27 2014
STEVEN M. LARIMORE
CLERK U S DIST CT
S. D. of FLA - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEPHEN SENECA,           ) Case No.: 0:13-cv-61809-RSR
                          )
Plaintiff,                )
                          )
v.                        )
                          )
JBI, INC., et al.,        )
                          )
Defendants.               )

## MOTION TO QUASH THIRD PARTY SUBPOENA FOR DEPOSITION

Hans Brost, as of right pro se, moves the Court to Quash Third Party Subpoena for Deposition.

1. I have no affiliation with JBI, INC whatsoever.

2. I am merely a shareholder, and have paid for any and all shares I ever had/have currently.

3. I was never involved in any private placements (PIPE's), and have never received any restricted stock certificates, which is the purported context of this suit.

4. Being forced to attend this deposition is solely harassment, and 'pay back' for my positive postings about JBI, INC on stock message boards.

Evidence for this is the duces tecum request for message board postings which are available for anyone on the Internet.

5. Plaintiff Seneca (posting as arvitar on Investor's Hub, and Silicon Investor Stock Message Boards) has always been obsessed with these stock message boards (6,000 posts on the JBI INC message board alone) and is using this subpoena purely for harassment reasons.

Evidence for this addiction is clearly shown by information posted on these boards by himself (as arvitar) and information he supplied to opponents of JBI Inc, to further their attempts to discredit the company.

- 1

## Sample Postings:

### Posted close to the date of first subpoena (Shows intimate knowledge):

From: arvitar 10/3/2014 8:48:13 PM
            of 44112

**Not a single post by Hans today on IHUB.** The first day he's missed since he started shilling stock scams there fourteen years ago.

Compare that to his mentor Beavis, who started his shilling-day on IHUB at twenty minutes past midnight today, and is still going strong almost 19 hours later.

Hmmmmmmmmmm...........


### Referring to Subpoenas:

To: 1Coffeehound who wrote (43801)    9/22/2014 9:10:02 AM
From: arvitar  of 44112

I'd speculate that if Seneca and his lawyers are proceeding aggressively and have the resources to continue to do so through to the bitter end, then Bordynuik might settle pretty quickly. Perhaps as soon **as subpoenas start flying, and all those DOES** start having public meltdowns.

On the other hand, Bordynuik has shown increasingly poor judgement (sic) and hubris in his actions over the past few years, as he's managed to fill his personal bank accounts with investors' money. He might dig his heels in, believing that his genius-level IQ will enable him to make monkeys out of the lawyers during depositions and court appearances.


### Referring to Depositions:

To: Reseller Mike who wrote (43802)    9/22/2014 9:21:11 AM
From: arvitar  of 44112

It should be interesting to see who the recently added defendants Does I-X end up being....
 Could you imagine if they **depose and video record** Grunt?

Scene 1: A lawyer mentions the name of Borydnuik's old girlfriend, and the hillbilly R-Tard fills his diaper and has a spastic meltdown. Men in white coats frantically run into the scene to restrain the hillbilly-gone-apeshit.

### Speaking to himself:

To: arvitar who wrote (43788)      9/20/2014 1:45:08 PM
From: arvitar Read Replies (1)  of 44112

Note the list of defendants in Doc 43-

STEPHEN SENECA,
Plaintiff,

v.

JBI, INC., f/k/a 310 HOLDINGS, INC., a Nevada corporation;

JOHN BORDYNUIK, an individual;

**DOES I-X, inclusive**; and

ROE CORPORATIONS I-X, inclusive,

### Supplying his Personal EMail to opponents of JBI Inc.:

P2O I'm from MO    Thursday, 06/17/10 09:20:49 AM
Re: DoubleO7  post# 49604
Post #  of 273927

Anyone interested can contact Steve directly...

**senzy29@gmail.com**

### Summary Posting history of arvitar on JBI Inc (Plastic2Oil) Investor's Hub Stock Message Board :

| Board | Last Post | Posts |
|---|---|---|
| Plastic2Oil, Inc. (PTOI) | 10/20/2014 01:33:22 PM | 5,997 |

moving along ............

5. There is NO information in my possession that could possibly be construed as having any bearing on this tort whatsoever.

6. I consider this a violation of my privacy (which has already been violated by illegal process service: See below).

7. This subpoena is unduly burdensome, since it would interfere with my business.

8. Process service involved violation of trespassing laws (see photo attached), and theft.

9. The low life process server (apparently hired to harass me) snooped all over my property and committed theft by stealing my lighter off my work table. A police report has been filed with Riverside County Sheriff's Department: Case Nr: 0142920016.

I feel violated by that alone.

10. In short, this entire intent to depose is a clear attempt to harass, a violation of my privacy, of dubious relevance, and unduly burdensome.

11. In addition, I have reviewed this entire tort and can find absolutely nothing in my possession, my knowledge or my testimony that even remotely relates to this case. I have ZERO to contribute.

12. Ultimately, I also request additional relief by extending the compliance date while the Court is considering my prayer for relief via this Motion to Quash.

Certificate of Service is attached.

Dated this 21st day of October, in The Year of our Lord, 2014.

Hans Brost

255 N El Cielo, STE 140-183
Palm Springs, Ca 92262
Telephone: (760) 329-5700
Facsimile: (619) 764-4029
Email:

- 4

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Hans Brost Motion to Quash be granted.

Dated:_____ __, 2014
Miami, Florida

                                                        _____
                                                        Dave Lee Brannon
                                                        United States Magistrate Judge

- 6

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the above Motion to Quash to the following on October 21, 2014, by EMail.

| | |
|---|---|
| Michael D. Heidt, Esq.<br>E-mail: mheidt@aol.com<br>Law Office of Gable and Heidt<br>4000 Hollywood Boulevard<br>Suite 735 South<br>Hollywood, Florida 33021 | Rebecca A. Fuller, Esq.<br>E-mail: rfuller@fullerlawpractice.com<br>Fuller Law Practice, PC<br>500 North Rainbow Boulevard<br>Suite 300<br>Las Vegas, Nevada 89107 |
| Robert H. Lang<br>Thompson Coburn, LLP<br>55 E. Monroe Street<br>37th Floor<br>Chicago, IL 60603<br>312-346-7500<br>Email: rhlang@thompsoncoburn.com | Avi R. Kaufman (84382)<br>E-mail:<br>CARLTON FIELDS JORDEN BURT, P.A.<br>100 SE Second Street, Suite 4200<br>Miami Tower<br>Miami, Florida 33131 |

United States District Court
Southern District of Florida

Case Number: 13-61809 CIV RSR

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

☐ **NOT SCANNED**

　　☐ Due to Poor Quality

　　☐ Bound Extradition Papers

　　☐ Photographs

　　☐ Surety Bond (Original or Letter of Understanding)

　　☐ CD or DVD (Court Order or Trial Purposes only)

　　☐ Other: _____

☒ **SCANNED**

　　☒ But Poor Quality   Picture

　　☐ Habeas Cases (State Court Record/Transcript)

Date: 10/27/14



PROCESS SERVER DROVE RIGHT PAST THIS LARGE SIGN