UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61809-Civ-Rosenberg/Brannon

STEPHEN SENECA,

    Plaintiff(s),

vs.

JBI, INC., f/k/a 310 HOLDINGS, INC., et al.,

    Defendant(s).

_____/

## **ORDER**

THIS CAUSE is before the Court following a Discovery Hearing held on October 24, 2014.

Having heard from the parties and for the reasons stated on the record, it is ORDERED AND ADJUDGED that Defendant, John Bordynuik, may appear telephonically at the mediation scheduled for Thursday, October 30, 2014.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 27th day of October, 2014.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE