UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61809-Civ-Rosenberg/Brannon

STEPHEN SENECA,

    Plaintiff(s),

vs.

JBI, INC., f/k/a 310 HOLDINGS, INC., et al.,

    Defendant(s).
_____/

## ORDER

THIS CAUSE is before the Court on Hans Brost's Motion to Quash Third Party Subpoena for Deposition (DE 52).

It is ORDERED AND ADJUDGED that Hans Brost provide the Court with a copy of the Third Party Subpoena at issue by filing same with the Court.

DONE AND ORDERED in Chambers at West Palm Beach in the Southern District of Florida, this 15th day of December, 2014.

DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE

Copy furnished to:
Hans Brost
255 N El Cielo Rd. STE 140-183
Palm Springs, CA 92262

1