UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-cv-61809-ROSENBERG/BRANNON

STEPHEN SENECA,

        Plaintiff,

v.

JBI, INC., f/k/a 310 HOLDINGS, INC.,
a Nevada corporation; JOHN BORDYNUIK,
an individual; DOES I-X, inclusive; and
ROE CORPORATIONS I-X, inclusive,

        Defendants.
_____/

## JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Stephen Seneca and Defendants JBI, Inc. and John Bordynuik, through their respective undersigned counsel, hereby stipulate and agree to the dismissal with prejudice of this action and all claims asserted by Plaintiff against Defendants and to the entry of the attached Final Order of Dismissal with Prejudice, with each party to bear their own costs and attorneys' fees, and with the Court retaining the jurisdiction to enforce the terms of the Parties' settlement.

**AGREED:**

| | |
|---|---|
| */s/ Robert H. Lang* | */s/ Avi R. Kaufman* |
| Michael Heidt, Esq. | Avi Robert Kaufman |
| Florida Bar No. 435414 | Florida Bar No. 84382 |
| 4000 Hollywood Blvd., Suite 735 South | Carlton Fields Jorden Burt, P.A. |
| Hollywood, Florida 33021 | 100 Southeast Second Street |
| Tel: (954) 966-2501 | Suite 4200 |
| Fax: (954) 964-2294 | Miami, FL 33131 |
| Email: mheidt@aol.com | (305) 539-7326 |
| | Email: akaufman@cfjblaw.com |
| Robert H. Lang (*pro hac vice*) | *Attorney for Defendants* |
| Nicole M. Rivers (*pro hac vice – pending*) | |
| Thompson Coburn LLP | |
| 55 E. Monroe Street, 37th Floor | |
| Chicago, IL 60603 | |
| T: (312) 346-7500 | |
| F: (312) 580-2201 | |
| Email: rlang@thompsoncoburn.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served, by electronically filing it with the Clerk of the Court using CM/ECF on December 18, 2014, on all counsel or parties of record on the Service List below.

/s/ Avi R. Kaufman

## SERVICE LIST

Rebecca A. Fuller
Fuller Law Practice, PC
500 N. Rainbow Blvd.
Suite 300
Las Vegas, NV 89107
702-553-3266
Email: rfuller@fullerlawpractice.com

Avi Robert Kaufman
Carlton Fields Jorden Burt, P.A.
100 Southeast Second Street
Suite 4200
Miami, FL 33131
(305) 539-7326
Email: akaufman@cfjblaw.com

Gregory Morgen Cesarano
Carlton Fields Jorden Burt, P.A.
100 SE 2nd Street
Suite 4200 PO Box 019101
Miami, FL 33131-9101
305-530-0050
Fax: 530-0055
Email: gcesarano@cfjblaw.com