UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-cv-61809-ROSENBERG/BRANNON

STEPHEN SENECA,

        Plaintiff,

v.

JBI, INC., f/k/a 310 HOLDINGS, INC.,
a Nevada corporation; JOHN BORDYNUIK,
an individual; DOES I-X, inclusive; and
ROE CORPORATIONS I-X, inclusive,

        Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court on the Stipulation for Final Order of Dismissal with Prejudice executed by counsel for Plaintiff Stephen Seneca and Defendants JBI, Inc. and John Bordynuik, and the Court having reviewed the file, being advised that the parties stipulate to entry of this Final Order of Dismissal with Prejudice, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED:

The claims and action of Plaintiff Stephen Seneca against Defendants JBI, Inc. and John Bordynuik are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs, and with the Court retaining the jurisdiction to enforce the terms of the Parties' settlement.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 18th day of December, 2014.

                                              Honorable Robin L. Rosenberg
                                              United States District Judge

*Copies furnished to:*
*Counsel of Record*